The judgment is reversed and the cause remanded.

**Elbert KIMBERLIN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28135.

Court of Criminal Appeals of Texas.

March 7, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Attorney, Austin, for the State.

## PER CURIAM.

The offense is the possession for the purpose of sale of intoxicating liquor in a dry area; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.